1  HOWARD M. EHRENBERG, TRUSTEE
   SULMEYERKUPETZ
2  333 SOUTH HOPE STREET, #3500
   LOS ANGELES, CA 90071
3  Telephone: (213) 626-2311
   Facsimile:  (213) 629-4520
4
5
                   UNITED STATES BANKRUPTCY COURT
6
          CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION
7
   In re:                                Case No. 2:84-BK-00498-CA
8
   THE GOEDEN COMPANY,                   Chapter 11
9
                                         NOTICE OF UNCLAIMED DIVIDEND(S)
10          Debtor(s).                   (FRBP 3011)

11

12    TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

13    Please find annexed hereto Check No. 6202 in the sum of $503,881.01 representing

14  the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create

15  a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule

16  3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to

17  said unclaimed dividend is attached.

18  Dated: September 17, 2010

19
                                              _____
20                                            HOWARD M. EHRENBERG, TRUSTEE

21

22

23

24

25

LCORTEZ\ 681382.1 9/17/2010 (2:43 PM)

| | | |
|---|---|---|
| 385 | A-1 IRRIGATION<br>c/o Barclays American Bus<br>18321 Ventura Blvd., 3rd Floor<br>Tarzana, CA 91356 | 14.25 |
| 386 | ACCOMPLISHED PERSONNEL<br>3300 IRVINE AVE<br>Newport Beach, Ca 92663 | 151.06 |
| 387 | ACME AUTO PARTS<br>16950 Beach Blvd.<br>Huntington Beach, Ca 92647 | 24.43 |
| 388 | ACTION ENGINEERING<br>1630 G. S. Sunkist<br>Anaheim, Ca 92806 | 12.49 |
| 362 | ADDED OOMPH JANITORIAL SERVICE<br>5753-G. E. Santa Ana Cyn. RD.<br>P.O. Box 6087-C<br>Anaheim, Ca 92806 | 712.50 ✓ |
| 392 | ADVANCED INSTALLATIONS<br>P.O. BOX 487<br>Chatsworth, Ca 91311 | 418.77 |
| 393 | AIR DESIGN SYSTEMS<br>Attn: Jim Warner<br>17605 Fabrica Way<br>Cerritos, Ca 90701 | 3,506.71 |
| 394 | ALBRIGHT LIGHTING CO.<br>1414 W. Willow Street<br>Long Beach, CA 90810 | 295.17 |
| 396 | ALPINE FENCE CO.<br>960 Hedin Circle<br>Anaheim, Ca 92807 | 5.56 |
| 397 | AM JACQUARD SYSTEMS<br>11 Mt. Pleasant Ave<br>Hanvover, NJ 07936 | 266.43 |
| 398 | AMERICAN BELL<br>201 E. Sandpointe<br>Santa Ana , Ca 92711 | 60.81 |
| 500 | AMODEO, FREDERICK & CARME<br>2250 E. Vista Mesa Way<br>Orange,Ca 92667 | 2,781.40 |
| 405 | ATV SERVICE<br>2921 S. Daimler<br>Santa Ana , Ca 92711 | 753.52 |
| 406 | AVCO COMMUNITY DEVELOPERS<br>29982 Ivy Glenn Dr. | 329.70 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| | Laguna Niguel, Ca 92677 | |
| 407 | AYLOR ROOFING CO<br>P.O. Box 1086<br>Ontario, Ca 91762 | 2,222.87 |
| 408 | BARRON GRIDIRON BOOSTERS<br>8628 Darter Circle<br>Fountain Valley, Ca 92708 | 23.48 |
| 471 | BEAUCHEMIN, DICK<br>1052 Canterbury Pl<br>Laguna Niguel, Ca 92677 | 1,828.39 |
| 653 | BESOYAN, ROBERT & JUDY<br>18870 Mt. Schelin Circle<br>Fountain Valley, Ca 92708 | 1,698.47 |
| 410 | BILL HOLT PAINTING<br>3325 Valley View Ave.<br>Norco, Ca 91760 | 35.56 |
| 642 | BOLAND, RAY<br>12942 Magnolia St<br>Gardena, Ca 90248 | 5,495.04 |
| 383 | BRAUND, WILLIAM<br>24651 Kings Road<br>Laguna Nigel, Ca 92677 | 1,000.00 |
| 415 | BRYAN PUBLICATIONS<br>3355 A Via Lido<br>Newport Beach, Ca 92663 | 1,970.72 |
| 416 | BRYANT DRYWALL CO.<br>13932 Seaboard Circle<br>Garden Grove, Ca 92643 | 2,535.15 |
| 419 | BUILDING INDUSTRY ASSOC.<br>2001 E. Fourth St.<br>Santa Ana, Ca 992705 | 11.99 |
| 363 | BUTLER ENGINEERING<br>22311 Brookhurst<br>Huntington Beach, Ca 92646 | 600.00 ✓ |
| 423 | C&M CABLE INSTALLATIONS<br>460 Cornett Ave<br>Moorpark, Ca 93021 | 31.47 |
| 424 | C&R LOCK & KEY<br>6925 Westminster Ave<br>Westminster, Ca 92683 | 6.72 |
| 421 | C.J. SMITH CORP.<br>10581 Garden Grove Blvd.<br>Garden Grove, Ca 92640 | 37.39 |

| | | |
|---|---|---|
| 425 | CAL-GRAPHICS PRESS<br>P.O. Box 19563<br>Irvine, Ca 92713 | 189.63 |
| 426 | CALIFORNIA LAND TITLE<br>1010 N. Main St<br>Santa Ana, Ca 92701 | 1,826.25 |
| 429 | CALIFORNIA SPECIALTY<br>P.O. Box 3817<br>Ontario, CA. 91762 | 277.21 |
| 486 | CARSON, ERNEST<br>9372 Orangevale Ave<br>Orangevale, Ca 95662 | 2,675.04 |
| 432 | CEC, INC.<br>8616 Hamilton Avenue<br>Huntington Beach, Ca 92646 | 21.48 |
| 433 | CERTIFIED APPLIANCES<br>P.O. Box 11724<br>Santa Ana, CA. 92711 | 19.08 |
| 434 | CHECKWRITER SERVICE CO.<br>9774 Katella Ave<br>Anaheim, Ca 92804 | 8.74 |
| 439 | COAST CONSTRUCTION RENTAL<br>8237 Monroe St<br>Stanton, Ca 90680 | 565.32 |
| 440 | COFFEEMAN<br>3148- C E La Palma<br>Anaheim, Ca 92806 | 18.08 |
| 441 | COLTON PIANO CO<br>P.O. Box 54449<br>Los Angeles, Ca 90054 | 567.91 |
| 443 | COMPUTER DATACOM<br>17767 Mitchell<br>Irvine, Ca 92714-6055 | 13.48 |
| 446 | CONSOLIDATED WATERPROOFING<br>P.O. Box 3222<br>City of Industry, Ca 91744 | 421.08 |
| 449 | CONTRACTORS WARDROBE<br>2555 Avenue Stanford<br>Valencia, CA. 91355 | 109.5 |
| 450 | CONTRACTORS WARDROBE<br>2555 Avenue Stanford<br>Valencia, CA. 91355 | 402.61 |
| 451 | COOK METALS CORP.<br>2301 E. 8th St # 303 | 81.93 |

| | | |
|---|---|---|
| | Long Beach, Ca 90806 | |
| 378 | COOK, RICHARD<br>Alhambra Triplex<br>2009 Alhambra, #2<br>Huntington Beach, Ca 92648 | 250.00 |
| 455 | CREATIVE LANDSCAPING INC.<br>1043 So. Melrose<br>Placentia, Ca 92670 | 2,286.54 |
| 457 | CROWN VALLEY HOMEOWNERS<br>24555 Palace Ct.<br>Laguna Niguel, Ca 92677 | 182.24 |
| 364 | CROWN WEST VILLAS<br>no address | 2,500.00 ✓ |
| 458 | CROWTHER PRENTISS CORP<br>25011 Nellie Gail Rd.<br>Laguna Hills, CA. 92653. | 1,558.14 |
| 459 | CYPRUS COVE COMM. ASSN.<br>235 Calle Las Nubes<br>San Clemente, CA. 92672 | 28.47 |
| 461 | DAILY JOURNAL<br>210 S. SPRING STREET<br>LOS ANGELES, CA 90054 | 67.74 |
| 463 | DARRYL BOCKELMAN<br>18674 Evergreen Cr<br>Fountain Valley, Ca 92708 | 8.37 |
| 464 | DATAMATION STATIONERS<br>1827 So. Boyd<br>Santa Ana, Ca 92705 | 80.57 |
| 465 | DAVES CARPET CARE<br>9126 EDINGER AVENUE<br>FOUNTAIN VALLEY, CA 9278 | 7.99 |
| 468 | DENNIS PRINTERS<br>23456 So. Pointe Dr.<br>Laguna hills, Ca 92653 | 121.42 |
| 469 | DEPARTMENT OF TRANSPORTATION<br>P.O. Box 2304<br>Los Angeles Ca. 90051 | 51.80 |
| 472 | DJR INSURANCE AGENCY INC.<br>4095 E. La Palma, Unit "C"<br>Anaheim, Ca 92807 | 220.40 |
| 365 | DON BEAUDOIN/LIANE MALE<br>Alabama Triplex<br>2009 Alabama, #1<br>Huntington Beach, CA. 92648 | 250.01 ✓ |

| | | |
|---|---|---|
| 473 | DONAHUE & COMPANY<br>838 No. Van Ness St.<br>Santa Ana, Ca 92701 | 49.95 |
| 474 | DONOVAN HERSHEY CORP.<br>3324 Wilshire Blvd.<br>Los Angeles, Ca 90010 | 6.29 |
| 475 | DOORWAY MFG.<br>2170 So. Yale St.<br>Santa Ana, Ca 92703 | 1,391.95 |
| 477 | DOWD ASSOC.<br>25251 Paseo de Alicia # 101<br>Laguna hills, Ca 92677 | 254.77 |
| 476 | DOWN JONES & CO<br>C/O Anderson & Kennedy<br>22974 El Toro Road<br>El Toro, CA. 92630 | 135.51 |
| 435 | DRY, CHEM<br>18071 Wharton St.<br>Huntington Beach, Ca 92647 | 39.71 |
| 479 | DURA CLEAN BY CARLELLE<br>23884 Mirregua Dr.<br>Diamond Bar, Ca 91765 | 22.96 |
| 483 | ECONOMY CONTAINERS<br>17702 Cowan<br>Irvine, Ca 92714 | 3,403.53 |
| 711 | ELLISON, WARREN<br>24611 Palace Ct.<br>Laguna Nigel, CA 92677 | 914.79 |
| 485 | EMARD DOOR & GATE CO.<br>405 W. Sycamore<br>Anaheim, Ca 92626 | 14.83 |
| 488 | FAIRWAY LUMBER<br>11561 Westminister Ave.<br>Garden Grove, Ca 92643 | 1,302.93 |
| 647 | FENELLI, RICK & MARGIE<br>24581 Palace Ct.<br>Laguna Niguel, Ca 92677 | 757.07 |
| 513 | FERGUSON, GREGORY LYNN<br>478 Westminster Avenue<br>Newport Beach, Ca 92663 | 23.08 |
| 489 | FIDELITY NATIONAL TITLE INS.<br>C/O Robert Davies<br>Center Law Building<br>611 W. Civic Center Dr. | 3,136.15 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT |
|---|---|---|
| | Ste. 302<br>Santa Ana, CA. 92714 | |
| 490 | FIDELITY NATIONAL TITLE INS.<br>C/O Robert Davies<br>Center Law Building<br>611 W. Civic Center Dr<br>Ste. 302<br>Santa Ana, CA. 92714 | 1,683.16 |
| 493 | FJB PLUMBING INC.<br>9663 Bolsa Avenue<br>Westminster, Ca 92683 | 33.52 |
| 496 | FOUR SEASON INSULATION<br>1015 E. CHESTNUT<br>SANTA ANA, CA 92701 | 1,044.71 |
| 498 | FRANK RADMACHER ASSOC<br>17722 Irvine Blvd.<br>Tustin, Ca 92680 | 533.69 |
| 509 | GENERAL DEVELOP. SERV.<br>2098 S. Grand<br>Santa Ana, Ca 92705 | 149.86 |
| 510 | GEORGE M. RAYMOND CO.<br>C/O BRUCE I. RAUCH, ESQ.<br>2001 WILSHIRE BLVD., #600<br>SANTA MONICA CA 90403 | 12,147.32 |
| 578 | GILES, LUKE K.<br>11642 Knott St.<br>Garden Grove, Ca 92641 | 392.34 |
| 504 | GROSBARD, GARY<br>930 S. Euclid<br>Anaheim, Ca 92802 | 13.99 |
| 516 | HAROLD STANLEY & COMPANY<br>2363 First St.<br>Laverne, CA. 91750 | 1,985.41 |
| 519 | HARVEY'S CONCRETE<br>1728 W. 5th St.<br>Santa Ana, Ca.92703 | 647.49 |
| 520 | HEITMAN/SECURITY PAC.<br>P.O. Box 60782<br>Los Angeles, Ca. 90060 | 1,717.64 |
| 521 | HENNELY & ASSOC.<br>3100 Warner Ave<br>Santa Ana, Ca 92704 | 18.47 |
| 522 | HERITAGE INC.<br>1034 N. Tustin Ave | 5,162.24 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANT | BALANCE |
|---|---|---|
| | Anaheim, Ca 92807 | |
| 741 | HILL TOP<br>2255 Rutgers Dr.<br>Costa Mesa, Ca 92626 | 5.00 |
| 511 | HILLIARD, GINGER<br>9922 Dahlia<br>Fountain Valley, Ca. 92708 | 349.68 |
| 412 | HO, BONG & CHUNG, JUNG HE<br>c/o Rudolph M. Mosqueda<br>110 E. Wilshire Avenue<br>Suite 300<br>Fullerton, Ca 92632 | 352.83 |
| 523 | HOLZWARTH, POWEL, STEIN<br>C/O Paul Parilla<br>18400 Von Karman Ave. # 600<br>Irvine, CA. 92715 | 12,887.23 |
| 524 | HOMER CROY INC.<br>C/O Paul D. Held<br>771 N. Benson<br>Upland, CA. 91766 | 5,195.31 |
| 525 | HUBBERT ADVERTISING<br>3189 A. Airway Ave.<br>Costa Mesa, CA.92626 | 274.64 |
| 526 | HUGH STATIONS SERVICE<br>4426 W. 1st St.<br>Santa Ana, Ca. 92703 | 185.30 |
| 528 | HUNSAKER & ASSOC<br>3001 Red Hill<br>Costa Mesa, Ca, 92526 | 387.26 |
| 530 | IBM CORP.<br>Attn: Robert Ruper<br>12501 E. Imperial Hwy.<br>Norwalk, CA. 90650 | 30.86 |
| 532 | IMPERIAL SHOWER DOOR<br>752 N. Batavia<br>Orange, Ca 92668 | 115.36 |
| 533 | INDUSTRIAL FENCE & QUARRY<br>P.O. Box 1646<br>Chino Hills, CA. 91710 | 9,573.35 |
| 534 | INTERIOR BOTANICAL DESIGN<br>21641 Audubon Way<br>El Toro, Ca 92630 | 172.34 |
| 369 | INTERNAL REVENUE SERVICE<br>P.O. Box 1431 Room 4062 | 246,976.92 |

|  |  |  |
|---|---|---|
|  | Los Angeles, CA. 90053 |  |
| 370 | INVESTMENT MASTERS<br>Bouchard Bldg.<br>22311 Brookhurst, # C<br>Huntington Beach, CA. 92646 | 300.00 |
| 535 | IRVING VIEJO PLUMBING<br>C/O Central Acctng. Office<br>13602 Milton Ave.<br>Westminster, CA. 92683 | 8.39 |
| 539 | J&G PIPELINE<br>P.O. BOX 849<br>CHINO, CA 91710 | 210.90 |
| 540 | J&J ELECTROSTAT<br>22301 Savona<br>Laguna Hills, Ca 92653 | 16.68 |
| 541 | J&J EQUIPMENT RENTALS<br>14822 Oak creek Lane<br>El Toro, Ca. 92630 | 46.46 |
| 542 | J&L DISTRIBUTING<br>17700 S. Avalon<br>Carson, Ca 90745 | 110.36 |
| 536 | J.P. KAPP & ASSOC.<br>15892 Pasadena Ave<br>Tustin, Ca 92680 | 1,998.20 |
| 543 | JACO ENTERPRISES<br>6210 Industrial St.<br>Riverside, Ca. 92504 | 15.21 |
| 547 | JOAN LANE LANDSCAPE SVCS.<br>P.O. Box 600<br>Orange, Ca 92668 | 1,006.25 |
| 548 | JOEL SILVERMAN & ASSOCIATES<br>20300 Ventura Blvd. # 350<br>Woodland Hills, CA. 91364 | 1,700.77 |
| 553 | JOHN WISMER TRACTOR SERV.<br>601 W. Valencia Ave.<br>Fullerton, CA. 92632 | 578.37 |
| 555 | K&G WATERING<br>18101 Wellbrook Circle<br>Huntington Beach, Ca 92647 | 15.99 |
| 559 | KIK-FM<br>2 City Blvd. East<br>Orange, Ca 92668 | 499.05 |
| 560 | KIMSTOCK, INC.<br>2200 S. Yale St. | 407.70 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | |
|---|---|---|
| | Santa Ana, Ca 92704 | |
| 561 | L. E. BUSHARD ENGINEERING<br>P.O. Box 4510<br>Irvine, CA. 92716 | 47.46 |
| 563 | LA HABRA CABINET, INC.<br>635 S. Walnut St.<br>La Habra, Ca 90631 | 2,502.26 |
| 564 | LA PAZ PLUMBING<br>817 Lakeveiw<br>Placentia, Ca 92670 | 1,853.28 |
| 567 | LENDERS APPRAISAL SERVICE<br>901 Dove St<br>Newport Beach, Ca 92660 | 499.55 |
| 568 | LEONARDO DESIGN<br>18080 Euclid<br>Fountain Valley, Ca 92708 | 262.26 |
| 569 | LEWIS LITHOGRAPH<br>1001 E. 4th St.<br>Santa Ana , Ca. 92705 | 1,083.58 |
| 655 | LIND, ROBERT L.<br>2065 Huntington Dr.<br>San Marino, Ca 91108 | 542.81 |
| 570 | LITE CENTER OF CALIF.<br>2935 E. La Palma Ave<br>Anaheim, CA 92806 | 11.81 |
| 571 | LITES UNLIMITED<br>11 Autry Lane<br>Irvine, Ca 92714 | 58.62 |
| 572 | LITHOGRAPHIC INDUSTRIES<br>2122 N. Broadway P.O. Box 10358<br>Santa Ana, CA. 92711-0358 | 382.03 |
| 574 | LONG BEACH OVERHEAD DOOR<br>1208 W. 252nd St.<br>Habor City, Ca 90710 | 11.25 |
| 648 | LUND, RICK L.<br>3151 Airway<br>Costa Mesa, Ca. 92626 | 2,339.61 |
| 551 | LYNCH, JOHN F. & PATRICIA<br>24515 Kings Rd.<br>Crown Valley Lot<br>Laguna Niguel, Ca 92677 | 5,994.59 |
| 579 | MAGIC CHEF, INC.<br>C/O Anderson & Kennedy<br>22974 El Toro Road | 203.76 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT |
|---|---|---|
|  | El Toro, CA. 92630 |  |
| 581 | MALCOLM & DAILY<br>C/O Robert S. Lewin<br>3919 Westerlay Place, # 101<br>Newport Beach, Ca 92660 | 2,818.75 |
| 582 | MALCOLM LEWIS ASSOC.<br>220 Park Ave<br>Laguna Beach, Ca 92651 | 44.30 |
| 585 | MARJORIE & SIDNEY BECKER<br>c/o Robert F. Becker<br>61 Majorca Dr.<br>Rancho Mirage, CA. 92270 | 4,396.03 |
| 586 | MARK TOW<br>4921 Birch St.<br>Newport Beach, CA. 92660 | 199.24 |
| 587 | MARTIN COMMUNICATIONS<br>1888 Century Park East<br>Los Angeles, Ca 90067 | 159.86 |
| 373 | MASSIMO'S PIZZA<br>22311 Brookhurst # 8<br>Huntington Beach, Ca 92646 | 680.00 |
| 589 | MASTER TILERS, INC.<br>c/o Donald K. Jorgensen<br>9631 Alondra Blvd. # 205<br>Bellflower, CA. 90706 | 6,402.67 |
| 590 | MAT FACTORY<br>1378 E. Edinger Ave<br>Santa Ana, Ca. 92705 | 7.18 |
| 591 | MEL GOEDEN<br>24556 Kings Road<br>Laguna Niguel, CA. 92677 | 2,626.49 |
| 595 | MICHAEL'S LANDSCAPING<br>25891 Mountain Park Dr.<br>Sun City, CA. 92381 | 53.95 |
| 596 | MIKE O'NEIL SIGN SERVICE<br>4787 Benecia Place<br>Yorba Linda, CA 92686 | 26.98 |
| 597 | MISSION HILLS GLASS<br>23552 Commerce Ctr.<br>Laguna Hills, Ca. 92653 | 434.19 |
| 599 | MISSION SHEET METAL<br>3019 S. Kilson Dr.<br>Santa Ana, Ca. 92707 | 768.00 |
| 600 | MODULAIRE INDUSTRIES | 30.21 |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF DIVIDEND |
|---|---|---|
|  | 744 Montgomery St.<br>San Franciso, Ca. 94111 |  |
| 411 | MOECHER, BOHLING<br>14872 Billow<br>Westminster, Ca. 92683 | 674.08 |
| 601 | MONEY SAVER WAGONS<br>9845 Garvey Ave.<br>El Monte, Ca. 91733 | 48.84 |
| 602 | MONEY SAVER WAGONS<br>9845 Garvey Ave.<br>El Monte, Ca. 91733 | 50.83 |
| 603 | MORITA & SONS LANDSCAPING<br>660 Newport Center Drive. # 1000.<br>Newport Beach, CA. 92660 | 1,226.39 |
| 651 | MORRELL, RIVERS J. III<br>24551 Palace Crt.<br>Crown Valley Lot # 52<br>Laguna Niguel, Ca. 92677 | 799.28 |
| 604 | MORRISON & FOERSTER<br>One Market Plaza<br>San Francisco, Ca. 94105 | 186.93 |
| 606 | NAMS MAINTENANCE SERVICE<br>12942 Josephine St.<br>Garden Grove, Ca. 92641 | 73.43 |
| 607 | NAT TAYLOR & SONS PLUMBING<br>8402 Katella<br>Stanton, CA. 90680 | 775.51 |
| 366 | NEILSON, EDWARD/ROBBINS<br>Alhambra Triplex<br>2009 Alhambra, #3<br>Huntington Beach, Ca 92648 | 180.01 |
| 609 | NELSON DISTRIBUTORS<br>2800 SIERRA PINE AVENUE<br>LOS ANGELES, CA 90023 | 68.89 |
| 610 | NEW AMERICAN PAINT<br>3105E. South St.<br>Long Beach, Ca. 90805 | 160.82 |
| 611 | NEWPORT DIESEL & WELDING<br>1835 Whittier Ave<br>Costa Mesa, Ca 92627 | 23.68 |
| 613 | NIGUEL WELDING SUPPLY<br>11397 Slater Ave.<br>Fountain Valley, CA. 92708 | 15.34 |
| 614 | NOHL POOL SUPPLY | 8.99 |

| | | |
|---|---|---|
| | 1518 E. Lincoln<br>Orange, Ca. 92665 | |
| 615 | NU-WEST, INC.<br>2910 E. Camelback Rd. # 200<br>P.O. Box 10008<br>Phoenix, AZ. 85064 | 4,387.64 |
| 618 | ORANGE FILTER CO.<br>12113 Barnes Court<br>Sunnymead, Ca. 92388 | 7.99 |
| 619 | ORKIN EXTERMINATING<br>11572 S. Anaheim Blvd.<br>Orange, Ca 92668 | 73.93 |
| 620 | OVERHEAD DOOR<br>14281 Chambers Rd.<br>Tustin, CA. 92680 | 1,417.95 |
| 621 | PACIFIC BELL<br>BFACC<br>450 W. Apra Room 100<br>Compton, CA. 90220 | 10.46 |
| 623 | PAGE ALERT COMMUNICATIONS<br>9911 W. Pico Blvd.<br>Los Angeles, Ca. 90035 | 190.00 |
| 650 | PALMERI, RITA<br>c/o David M. Fishman<br>24012 Calle De La Plata, #230<br>Laguna Hills, Ca 92653 | 63.24 |
| 625 | PARAMOUNT PEST CONTROL<br>1215 E. Pomona Ave.<br>Santa Ana, Ca. 92707 | 34.82 |
| 627 | PASEO LAND CONSTRUCTION<br>10035 Lampson Ave.<br>Garden Grove, Ca. 92640 | 1,902.08 |
| 632 | PLAST ALUMINUM<br>P.O. Box 10789<br>Glendale, Ca. 91205 | 544.57 |
| 634 | POWER SECURITY SYSTEMS<br>1471 Pomona Rd.<br>Corona, Ca. 91720 | 5.35 |
| 635 | PREMIERE ALUMINUM PRODUCT<br>2522 Chambers, Ste. 216.<br>Tustin, Ca. 92680 | 366.05 |
| 377 | QUALITY ASSOCIATES<br>19900 Beach Blvd. #A<br>Huntington, Ca. 92648 | 300.00 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 639 | R&J CONSTRUCTION CLEANUP<br>7253 TEGNER DR.<br>ROSEMEAD, CA 91770 | 339.84 |
| 507 | REED, GARY W.<br>24671 Kings Rd.<br>Crown Valley Lot 17<br>Laguna Niguel, Ca. 92677 | 1,429.23 |
| 645 | REPUBLIC CONCRETE<br>10552 Chestnut Ave<br>Stanton, Ca. 90680 | 541.19 |
| 649 | RICK'S CLEANING SERVICE<br>7772 Glencoe #8<br>Huntington Beach, Ca 92648 | 27.48 |
| 657 | ROSSI CONSTRUCTION CO.<br>2212 Bolsa Ave<br>Huntington Beach, Ca. 92649 | 450.64 |
| 658 | ROY GONZALES CONCRETE CONST.<br>906 N. English<br>Santa Ana, CA. 92703 | 3,119.67 |
| 659 | ROYALE CONSTRUCTION CO.<br>5151 Oceanus Rd.<br>Huntington Beach, Ca. 92649 | 2,199.06 |
| 660 | ROYS LANDSCAPE<br>135 W. Santa Fe<br>Fullerton, CA. 92632 | 4,087.05 |
| 661 | S & C OFFICE PRODUCTS<br>695 Town Center Dr. #1000<br>Costa Mesa, Ca 92626 | 436.43 |
| 663 | SADDLEBACK AIR CONDITIONING<br>22959 La Cadena<br>Laguna Hills, CA. 92653 | 46.51 |
| 664 | SADDLEBACK INSULATION<br>P.O. Box 1467<br>Orange, Ca. 92668 | 109.53 |
| 665 | SADDLEBACK POOL PROS<br>108 W. Mariposa<br>San Clemente, Ca. 92672 | 9.59 |
| 667 | SELECTILE OF CALIF.<br>2049 Century Park East<br>Los Angeles, Ca. 90067 | 23,079.16 |
| 668 | SERVICE PLUMBING OF ORANGE<br>7600 Industrial Way<br>Stanton, Ca. 90690 | 8,129.42 |
| 669 | SERVICE PLUS | 14.83 |

LVP\ 451270.4

13

|  |  |  |
|---|---|---|
|  | 118 Albert Place<br>Costa Mesa, Ca. 92627 |  |
| 670 | SIERRA LAND CONSTRUCTION<br>16133 Ventura Blvd. Pntihse B<br>Encini, CA. 91436 | 679.52 |
| 724 | SMITH, WILLIAM<br>c/o William Froeberg<br>3553 Camino Mira Costa<br>San Clemente, Ca. 92672 | 9,021.46 |
| 673 | SO. COAST APPRAISAL<br>25251 Paseo de Alicia<br>Laguna Hills, CA. 92653 | 9.49 |
| 674 | SOULE ASSOC.<br>5362 E. Bolsa<br>Huntington Beach, CA. 92714 | 84.72 |
| 629 | SOUTHERS, PAULA<br>9601 Westwood Drive<br>Westminster, Ca 92683 | 89.92 |
| 499 | STAINE, FRANK<br>24622 Kings Rd.<br>Crown Valley lot 40<br>Laguna Niguel, Ca.92677 | 160.13 |
| 675 | STEINBRUGGE, THOMAS BLOOM<br>280 Newport Center Dr.<br>Newport Beach, Ca 92660 | 35.97 |
| 554 | STOCKUM, JONES & VAN<br>404 N. 2nd Ave<br>Upland, Ca 91786 | 139.87 |
| 677 | SWANSONS POOL SERVICE<br>P.O. Box 9412<br>Fountain Valley, Ca. 92708 | 259.66 |
| 678 | SWEETWATER CONSTRUCTION<br>27402 Camino Capistrano<br>Laguna Niguel, Ca 92677 | 2,119.70 |
| 679 | T. ANDREW GOULD & CO.<br>55 Highland View<br>Irvine, Ca 92715 | 1,935.95 |
| 683 | THE COMPLETE FIREPLACE<br>23891 Via Fa<br>Mission Viejo, Ca 92691 | 4,873.98 |
| 684 | THE DINERS CLUB (CITICORP)<br>c/o Weltman, Weinberg & Associates<br>33 Public Square, 6th floor<br>Cleveland, OH 44113 | 137.51 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 685 | THE EVERETT CONKLIN CO.<br>15461 E. Redhill Avenue<br>Tustin, Ca 92680 | 1,338.66 |
| 686 | THE FELDMAN CO.<br>612 S. Wall Street<br>Los Angeles, Ca 90014 | 11.94 |
| 689 | THOMAS W. DIAMOND<br>1400 West 6th Avenue<br>San Diego, Ca 92101 | 249.77 |
| 692 | TITLE INSURANCE & TRUST<br>P.O. Box 88<br>Santa Ana, Ca. 92702 | 99.91 |
| 693 | TORRANCE ALUMINUM WINDOW<br>PO Box 4907<br>Carson, Ca 90749 | 1,235.22 |
| 694 | TRANSAMERICA TITLE<br>P.O. Box 359<br>Santa Ana, Ca. 92702 | 214.99 |
| 696 | TRIPP ELECTRIC<br>1685 TUSTIN AVE A-333<br>COSTA MESA, CA 92627 | 495.07 |
| 698 | TRW CREDIT DATA<br>P.O. Box 54873<br>Treminal Annex<br>Los Angeles, Ca. 90054 | 14.99 |
| 700 | ULTRA GRAPHICS<br>17481 Mt. Cliffwood<br>Fountain Valley, Ca. 92748 | 63.01 |
| 701 | UNITED WATER TRUCK RENTAL<br>220 N. Jay St.<br>Corona, Ca. 91720 | 21.58 |
| 702 | UTILITY PLANNING, INC.<br>635 Camino Del Los Mares<br>San Clemente, Ca. 92672 | 168.32 |
| 703 | VAIL DUNLAP & ASSOC.<br>1805 E. Dyer Road<br>Santa Ana, Ca. 92705 | 31.88 |
| 705 | VANCE & ASSOC. ROOFING, INC.<br>c/o Zinn Lorand<br>1240 N. Lakeland, #170<br>Anaheim Hills, Ca 92807 | 13,575.93 |
| 706 | VANCE & ASSOC. ROOFING, INC.<br>c/o Zinn Lorand<br>1240 N. Lakeland, #170 | 1,243.99 |

| | | |
|---|---|---|
| | Anaheim Hills, Ca 92807 | |
| 707 | VEST POOL SERVICE<br>15032 Brookhurst<br>Westminster, Ca. 92683 | 33.42 |
| 709 | W & W WHOLESALE NURSERY<br>8001 Canoga Avenue<br>Canoga Park, Ca 90000 | 361.43 |
| 710 | W. SEALS & V. ANGLADE<br>24591 Palace Ctr.<br>Laguna Niguel, Ca. 92677 | 1,758.10 |
| 545 | WADE, JAY & PAMELA<br>24584 Kings Road<br>Laguna Nigel, Ca 92677 | 4,037.79 |
| 712 | WATER TRUCK ASSOCIATES<br>1219 S. Western Ave<br>Anaheim, Ca. 92704 | 164.85 |
| 713 | WATERMAN ASSOCIATES<br>1420 N. Glassell<br>Orange, Ca. 92667 | 1,001.99 |
| 717 | WESTERN FIREPLACE DIST.<br>P.O. Box 695<br>20445 E. Walnut Dr.<br>Walnut, Ca. 91789 | 7.69 |
| 718 | WESTERN GYPSUM<br>P.O. Box 6066<br>Whittier, Ca. 90609 | 5.45 |
| 719 | WESTERN HOME MORTGAGE<br>12171 Brookhurst St.<br>Garden Grove, Ca. 92642<br>PO Box 1810-B<br>Garden Grove, Ca 92642 | 76.03 |
| 721 | WHITCOMBS<br>18970 Pioneer Blvd.<br>Artesia, Ca 90701 | 322.71 |
| 722 | WHITES WATERPROOFING<br>1902 S. Goldenwest<br>Santa Ana, Ca 92704 | 63.09 |
| 725 | WILLIAMS INSULATION<br>1201 East Hunter Avenue<br>Santa Ana, Ca 92705 | 64.01 |
| 727 | WOODS WEST<br>26561 Briarwood<br>San Juan Capistrano, Ca. 92675 | 6.23 |
| 728 | XA CABINETS | 305.72 |

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
|  | 16930 Valley Veiw St.<br>La Mirada, Ca. 90638 |  |
| 654 | YUN, ROBERT K.<br>2216 E. Vista Mesa Way<br>Orange, Ca. 92668 | 3,257.06 |
|  | 235 CHECKS OUTSTANDING | 503,881.01 |

THE GOEDEN COMPANY
2:84-BK-00498-CA

LVP\451270.4

17