HOWARD M. EHRENBERG, TRUSTEE
SULMEYERKUPETZ
333 SOUTH HOPE STREET, #3500
LOS ANGELES, CA 90071
Telephone: (213) 626-2311
Facsimile:   (213) 629-4520

FILED
SEP 21 2010

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THE GOEDEN COMPANY,<br><br>Debtor(s). | Case No. 2:84-BK-00498-CA<br><br>Chapter 11<br><br>**REPORT OF TRUSTEE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3011** |

**TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:**

The attached list of claims and the amounts to be paid to each have dividends that are less than $5.00 and, therefore, the trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

       Check No. 6196

       Amount: $29.82

Dated: <u>September 20, 2010</u>

                                           HOWARD M. EHRENBERG, TRUSTEE

LCORTEZ\ 681469.1 9/20/2010 (11:20 AM)

| NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|
| ARCHAEOLOGICAL RESOURCE MFG.<br>12918 Haster Street<br>Garden Grove, Ca 92640 | 3.44 |
| CAPITOL WEATHERSTRIP<br>13641 Milton Ave<br>Westminster, Ca 92683 | 1.35 |
| CROWN HARDWARE<br>PO Box 6489<br>Orange, Ca 92613-6489 | 1.19 |
| DEPARTMENT OF REAL ESTATE<br>107 S. BROADWAY #7001<br>LOS ANGELES, CA 90012 | .51 |
| FEDERAL EXPRESS<br>18003 Skypark S.<br>Irvine, Ca 92714 | 1.25 |
| GLASS, JOHNSON<br>611 5th St.<br>Huntington Beach, Ca. 92648 | 2.00 |
| HUNTINGTON BEACH SIGN CO.<br>210 Adams<br>Huntington Beach, Ca. 92648 | 1.91 |
| ORANGE CNTY. FIRE PROTECT<br>11542 Salinaz Dr.<br>Garden Grove, Ca. 92643 | 2.72 |
| ORANGE COUNTY HOME & GARD<br>P.O. Box 707<br>South Laguna, Ca. 92677 | 1.80 |
| RESEARCH INSTITUTE OF AME<br>P.O. Box 22037<br>Rochester, N.Y. 14673 | 4.80 |
| THE PM BUSINESS EQUIPMENT<br>2041 S. Grand Avenue<br>Santa Ana, Ca 92705 | 4.10 |
| TILE RITE<br>2727 Via Cascadita<br>San Clemente, Ca. 92672 | 4.75 |
| Total | 29.82 |

THE GOEDEN COMPANY
2:84-BK-00498-CA