| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ronald N. Wilson  058654<br>3700 Wilshire Bl #655<br>Los Angeles, California 90010<br>213-384-2800 telephone<br>213-384-8022 fax<br>Attorney for Claimant Holzwarth, Powell & Stein c/o Paul Parilla | **FILED**<br>**NOV 1 0 2010**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: The Goeden Company,<br><br><br><br>                                        Debtor. | CASE NUMBER 2:84-BK-00498-CA<br><br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 12,887.23                    which is the sum of all monies deposited with the court on the following date(s)   September 21, 2010                                               on behalf of the creditor Holzwarth, Powel, Stein c/o Paul Parilla                                        on claim number(s) trustee check #523                                                   

2. Please check and complete the applicable subparagraph(s) below:

   ☒  a.  I am the creditor named in paragraph 1.

   ☐  b.  I am an employee of the creditor named in paragraph 1 and my title is                                        .
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition.  Submit evidence establishing authority to act on behalf of creditor.

   ☐  c.  I am the creditor and have appointed                                                            
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐  d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   
   
   
   

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*                    **F 3011-1**

| In re The Goeden Company | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 2:84-BK-00498-CA |

3.   Please complete each of the following subparagraphs:

   a.   The following is the creditor's address and phone number:

   Paul H. Parilla, Esq , 20 Pacifica, Suite 320  Irvine CA 92618-3383 ; 949.263.1010 Ext. 140

   b.   A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s).  Submit evidence establishing the sale of the company from the prior to the new owner(s):

   See certified statement attached hereto

4.   I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*    **F 3011-1**

| In re The Goeden Company | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER 2:84-BK-00498-CA |

(Corporate Seal

if applicable)

*Signature of Creditor/Successor*

Paul H. Parilla

*Type or Print Creditor's/Successor's Name*

20 Pacifica, Suite 320

Creditor's/Successor's Address

Irvine, CA 92618-3383

STATE OF CALIFORNIA, COUNTY OF Orange

On 11/4/10 _____ before me, personally appeared *(insert name and title of the signer)*

Paul H. Parilla

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Nathan Winship Tarr II

*Notary Public*

(SEAL)

My commission expires on 10/19/12

NATHAN WINSHIP TARR II
Commission # 1818346
Notary Public - California
Orange County
My Comm Expires Oct 19, 2012

Motion for Order Releasing Unclaimed Funds - *Page 4*          **F 3011-1**

| In re The Goeden Company | CHAPTER    7 |
|---|---|
| Debtor. | CASE NUMBER 2:84-BK-00498-CA |

_____
Signature of Attorney/Attorney-in-Fact (if appointed)

Ronald N. Wilson
Attorney at Law
Type or Print Name 3700 Wilshire Blvd., Suite 655
Los Angeles, CA 90010
(213) 384-2800
Address
_____

_____

_____

STATE OF CALIFORNIA, COUNTY OF _Los Angeles_

On _November 8, 2010_ before me, personally appeared *(insert name and title of the signer)*
_Ronald N. Wilson_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My commission expires on _Mar. 12, 2014_

Presented by:

_____

_____

_____

1    **DECLARATION OF PAUL H. PARILLA**

2    I, PAUL H. PARILLA, declare as follows:

3        1.  I am an attorney duly licensed to practice law in the State of California, and I have been

4    admitted to practice law before all of the courts in the State of California and in the U.S. District

5    Court for the Central District of California. Each of the matters stated herein are true of my own

6    personal knowledge and, if called as a witness, I could and would competently testify thereto.

7        2.  I was a partner in the law firm entitled "Holzwarth Powell & Stein" ("Firm") and was

8    the partner in the Firm who was primarily responsible for providing legal services to The Goeden

9    Company, the debtor herein. The Firm subsequently changed its name to "Holzwarth Powell Stein

10   & Parilla.

11       3.  Both I and the Firm used to maintain offices at 18400 Von Karman Avenue, Suite 600,

12   Irvine, California 92715, the address referenced in the debtor's schedules as the address of record

13   for the Firm.

14       4.  The Firm is listed in the schedule of creditors of the debtor as follows:

15                    Holzwarth Powel Stein

16                    C/O Paul Parilla

17   I am the Paul Parilla listed in the debtor's schedules as the creditor, and I submitted the claim to

18   this court shortly after this proceeding was filed in 1984.

19       5.  The basis for the claim submitted in this proceeding was the performance of legal

20   services and the expenditure of costs and other disbursements by the Firm on behalf of the debtor,

21   The Goeden Company.

22       6.  I no longer maintain offices at the Von Karman address listed above; my current

23   address is 20 Pacifica, Suite 320, Irvine, California 92618. My current telephone number is (949)

24   263-1010.

25       7.  Attached hereto as Exhibit "A" are true and correct copies of my California drivers

26   license (with the drivers license number masked) and my 2010 State Bar of California

27   identification card.

28       8.  Attached hereto as Exhibit "B" is a true and correct copy of page 7 of the Notice of

- 1 -
DECLARATION OF PAUL H. PARILLA

Unclaimed Dividend(s), which was filed by the trustee herein on September 21, 2010, and which shows that the unclaimed dividend due to the Firm C/O Paul Parilla is the sum of $12,887.23.

9. I am entitled to the unclaimed dividend referenced as check number 523 in the amount of $12,887.23, as is depicted on Exhibit "B."

I declare and certify under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on November 4, 2010, at Irvine, California.

Paul H. Parilla

State of California
County of Orange
On November 4, 2010 before me, Nathan Winship Tarr II, Notary Public, personally appeared Paul H. Parilla, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

My commission expires on 10/19/12

**(Seal)**

NATHAN WINSHIP TARR II
Commission # 1818346
Notary Public - California
Orange County
My Comm. Expires Oct 19, 2012

- 2 -
DECLARATION OF PAUL H. PARILLA

1

EXHIBIT "A"

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL H. PARILLA



# CALIFORNIA

### DRIVER LICENSE

CLASS:C

EXPIRES 09-17-12

*MASKED*

PAUL H PARILLA
21822 RUSHFORD
LAKE FOREST CA 92630

SEX:M        HAIR:BRN        EYES:BRN
HT:5-11      WT:190          DOB:09-17-48

RSTR: CORR LENS



08/02/2007  542 25    FD/12

1

2                                    EXHIBIT "B"

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL H. PARILLA

| | | |
|---|---|---|
| | Anaheim, Ca 92807 | |
| 741 | HILL TOP<br>2255 Rutgers Dr.<br>Costa Mesa, Ca 92626 | 5.00 |
| 511 | HILLIARD, GINGER<br>9922 Dahlia<br>Fountain Valley, Ca. 92708 | 349.68 |
| 412 | HO, BONG & CHUNG, JUNG HE<br>c/o Rudolph M. Mosqueda<br>110 E. Wilshire Avenue<br>Suite 300<br>Fullerton, Ca 92632 | 352.83 |
| 523 | HOLZWARTH, POWEL, STEIN<br>C/O Paul Parilla<br>18400 Von Karman Ave. # 600<br>Irvine, CA. 92715 | 12,887.23 |
| 524 | HOMER CROY INC.<br>C/O Paul D. Held<br>771 N. Benson<br>Upland, CA. 91766 | 5,195.31 |
| 525 | HUBBERT ADVERTISING<br>3189 A. Airway Ave.<br>Costa Mesa, CA.92626 | 274.64 |
| 526 | HUGH STATIONS SERVICE<br>4426 W. 1st St.<br>Santa Ana, Ca. 92703 | 185.30 |
| 528 | HUNSAKER & ASSOC<br>3001 Red Hill<br>Costa Mesa, Ca, 92526 | 387.26 |
| 530 | IBM CORP.<br>Attn: Robert Ruper<br>12501 E. Imperial Hwy.<br>Norwalk, CA. 90650 | 30.86 |
| 532 | IMPERIAL SHOWER DOOR<br>752 N. Batavia<br>Orange, Ca 92668 | 115.36 |
| 533 | INDUSTRIAL FENCE & QUARRY<br>P.O. Box 1646<br>Chino Hills, CA. 91710 | 9,573.35 |
| 534 | INTERIOR BOTANICAL DESIGN<br>21641 Audubon Way<br>El Toro, Ca 92630 | 172.34 |
| 369 | INTERNAL REVENUE SERVICE<br>P.O. Box 1431 Room 4062 | 246,976.92 |

| Motion for Order Releasing Unclaimed Funds - *Page 5* | **F 3011-1** |
|---|---|

| In re  The Goeden Company | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER 2:84-BK-00498-CA |

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on *November 10, 2010*, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Howard M. Ehrenbert, Trustee

333 South Hope Street, #3500

Los Angeles, CA. 90071

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

The Goeden Company

3418 Loma Vista Bl

Ventura, CA 90017

Robert Forbes Becker

61 Majorca Drive

Rancho Mirage, CA 92270

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Holzwarth, Powel, Stein c/o Paul Parilla

18400 Von Karman Ave #600

Irvine, CA 92715

*November 10, 2010*
Date

*Signature*

*Sebastian Burnside*
Type or Print Name

*3700 Wilshire Blvd., Ste. 655*
*Los Angeles, CA 90010*