RONALD RUS, #67369
rrus@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

Attorneys for Creditor Holzwarth, Powel & Stein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>The Goeden Company,<br><br>Debtor. | CASE NO. 2:84-BK-00498-ER<br><br>Chapter 11<br><br>**OPPOSITION TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS RE: TRUSTEE CHECK #523 AND REQUEST FOR DISBURSEMENT** |

Creditor Holzwarth, Powel & Stein objects to the Motion for Order Releasing Unclaimed Funds ("Motion") filed November 10, 2010, represented by trustee check #523, on the following grounds:

1. The law firm Holzwarth, Powel & Stein, a general partnership ("HP&S"), dissolved in 1992.

2. At the time of the dissolution of HP&S, Paul H. Parilla was neither a partner of nor an authorized agent for HP&S.

3. The claim filed in the above-entitled case is an asset to which the general partners of HP&S are entitled. Paul H. Parilla has no entitlement for nor authorization to collect the sums represented by the claim filed by HP&S.

4. At the time of the dissolution of HP&S, the only general partners were William C. Holzwarth, Thomas L. Powel, Martin J. Stein, and William Yerrick, each of whom is entitled equally to any distribution to be made from the above-entitled debtor's estate.

416688v1 tl 12/2/10 1 (9999-9219)

5. The Motion was not properly served pursuant to the provisions of United States Bankruptcy Court, Central District of California, Local Rule 3011-1.

WHEREFORE, HP&S prays the Court not sign an order authorizing the release of funds in the sum of $12,887.23 to Paul H. Parilla, and that such sums be released payable jointly to the general partners of HP&S – William C. Holzwarth, Thomas L. Powel, Martin J. Stein, and William Yerrick.

DATED: December 2, 2010

Respectfully submitted,

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
RONALD RUS
Attorneys for Creditor Holzwarth, Powel & Stein

## DECLARATION OF WILLIAM C. HOLZWARTH

I, William C. Holzwarth, declare:

1. The firm Holzwarth, Powel & Stein, a general partnership ("HP&S"), dissolved in 1992.

2. At the time of the dissolution of HP&S, Paul H. Parilla was neither a partner of nor an authorized agent for HP&S.

3. The claim filed in the above-entitled case is an asset to which the general partners of HP&S at the time of its dissolution are entitled.

4. Paul H. Parilla has no entitlement for nor authorization to collect the sums represented by the claim filed by HP&S.

5. The only general partners of HP&S at the time of its dissolution were myself, Thomas L. Powel, Martin J. Stein, and William Yerrick.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed this 2nd day of December 2010, at RIVERSIDE, California.

WILLIAM C. HOLZWARTH

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as  OPPOSITION TO MOTION FOR ORDER RELEASING UNCLAIMED FUNDS RE: TRUSTEE CHECK #523 AND REQUEST FOR DISBURSEMENT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 2, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On December 2, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on December 2, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 2, 2010 | Teresa Langford | *Teresa Langford* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                          **F 9013-3.1**

---

**ADDITIONAL SERVICE INFORMATION (if needed):**

Ronald N. Wilson
3700 Wilshire Blvd., #655
Los Angeles, CA 90010

Howard M. Ehrenberg
Trustee
333 South Hope Street
35th Floor
Los Angeles, Ca 90071

The Goeden Company
3418 Loma Vista Blvd.
Ventura, CA 90017

Robert Forbes Becker
61 Majorca Drive
Rancho Mirage, CA 92270

Paul H. Parilla, Esq.
20 Pacifica, #320
Irvine, CA 92618-3383

United States Trustee (LA)
725 S Figueroa St.,
26th Floor
Los Angeles, CA 90017-5524

Andre Birotte, Jr.
United States Attorney
Central District of California
U.S. Attorneys Office
312 N. Sprint St., 12th Floor
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1