RONALD RUS, #67369
rrus@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Creditor Holzwarth, Powell & Stein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>The Goeden Company,<br><br>    Debtor. | CASE NO. 2:84-BK-00498-ER<br><br>Chapter 11<br><br>**LIMITED OPPOSITION TO MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS FILED BY SIERRA FUNDS RECOVERY, INC., AS ATTORNEY-IN-FACT FOR THE GOEDEN COMPANY** |

Creditor Holzwarth, Powell & Stein submits this limited opposition to the Motion for Disbursement of Unclaims [sic] Funds Pursuant to 11 U.S.C. § 347(b) ("Debtor's Motion") filed by the Chapter 11 Reorganized Debtor The Goeden Company (the "Debtor"), on the following grounds:

On September 21, 2010, the Trustee filed his Notice of Unclaimed Dividend(s), providing that the creditor, Holzwarth, Powell & Stein ("HP&S") is entitled to a disbursement in the sum of $12,887.23 (the "HP&S Disbursement").

On November 10, 2010, Paul Parilla filed a Motion for Order Releasing Unclaimed Funds seeking release of the HP&S Disbursement to him for his sole benefit. On December 2, 2010, HP&S filed an Opposition to Mr. Parilla's Motion advising the court that Mr. Parilla had neither entitlement nor authorization to collect the sums represented by the claim filed by HP&S in this case.

424326v1 tl 12/22/10 1 (9999-9219)

The Debtor's Motion was filed on December 20, 2010, seeking the disbursement of all undisbursed funds (currently the sum of $391,154.37). HP&S dissolved in or about 1991 and documentary evidence to establish ownership of HP&S is in storage and not readily available to file in support of a Motion for Order Releasing Unclaimed Funds seeking the release of the HP&S Disbursement as reflected in the Trustee's Notice of Unclaimed Dividend(s) as check number 523. Such documentation will be presented by the partners of HP&S to support their Motion for Order Releasing Unclaimed Funds seeking the release of the HP&S Disbursement within thirty (30) days.

While HP&S does not oppose the disbursement of *unclaimed* funds to the Debtor, it does oppose the Debtor's Motion insofar as the Debtor seeks any portion of the funds represented by check number 523 to which HP&S holds a legal interest. Any disbursement to the Debtor should not include the HP&S Disbursement.

DATED: December 30, 2010

Respectfully submitted,

RUS, MILIBAND & SMITH
A Professional Corporation

By: /s/ Ronald Rus
RONALD RUS
Attorneys for Creditor Holzwarth, Powel & Stein

424326v1 tl 12/22/10 1 (9999-9219)                    2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as **LIMITED OPPOSITION TO MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS FILED BY SIERRA FUNDS RECOVERY, INC., AS ATTORNEY-IN-FACT FOR THE GOEDEN COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 30, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Ronald Rus    rrus@rusmiliband.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Stuart J Wald    stuart.wald@gmail.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On December 30, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on December 30, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 30, 2010 | Teresa Langford | _Teresa Langford_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1**

**ADDITIONAL SERVICE INFORMATION (if needed):**

Ronald N. Wilson
3700 Wilshire Blvd., #655
Los Angeles, CA 90010

Howard M. Ehrenberg
Trustee
333 South Hope Street
35th Floor
Los Angeles, Ca 90071

The Goeden Company
~~3418 Loma Vista Blvd.~~
~~Ventura, CA 90017~~
(Refused)

Robert Forbes Becker
~~61 Majorca Drive~~
~~Rancho Mirage, CA 92270~~
(Not at that address)

Paul H. Parilla, Esq.
20 Pacifica, #320
Irvine, CA 92618-3383

United States Trustee (LA)
725 S Figueroa St.,
26th Floor
Los Angeles, CA 90017-5524

Andre Birotte, Jr.
United States Attorney
Central District of California
U.S. Attorneys Office
312 N. Sprint St., 12th Floor
Los Angeles, CA 90012

Stuart J. Wald, Esq.
Law Offices of Stuart J. Wald
36154 Coffee Tree Place
Murrieta, CA 90562

Dilks & Knopik LLC
PO Box 2728
Issaquah, WA 98027-0125

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1